**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7            UNITED STATES DISTRICT COURT
8            NORTHERN DISTRICT OF CALIFORNIA
9
10   HASSAN GOLCHINI,                    Case No. 07-3968 EMC
11            Plaintiff,
12        v.
13   SARAH A. LINDAUER, et al.,
14            Defendants.
15   _____/
16
17
          **NOTICE OF IMPENDING REASSIGNMENT TO**
18        **A UNITED STATES DISTRICT COURT JUDGE**
19
     The Clerk of this Court will now randomly reassign this case to a United States District
20
     Judge because either:
21
     ( x )   One or more of the parties has requested reassignment to a United States District
22
23   Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

24   ( )   One or more of the parties has sought a type of judicial action (e.g., a temporary

25   restraining order) that a United States Magistrate Judge may not take without the consent of all

26   parties, the necessary consents have not been secured, and time is of the essence.
27
28

**United States District Court**
For the Northern District of California

1  Any matters presently set before Magistrate Judge Chen, will be taken off calendar and
counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new date.

Dated:  September 20, 2007

Richard W. Wieking, Clerk
United States District Court

_____
By: Betty Fong, Deputy Clerk

2