IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN GOLCHINI,<br><br>         Plaintiff,<br><br>   v.<br><br>SARAH A. LINDAUER, et al.,<br><br>         Defendants / | No. C-07-3968 MMC<br><br>**ORDER DISMISSING COMPLAINT; DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS; DENYING MOTION TO EXPEDITE** |

     Before the Court is plaintiff's application to proceed in forma pauperis, complaint, and "Motion to Expedite for Emergency," each of which was filed July 27, 2007.[1]

     Pursuant to 28 U.S.C. § 1915(e), where a plaintiff seeks to proceed in forma pauperis, the Court must dismiss the complaint if the Court determines the complaint is frivolous or malicious, or that the plaintiff has failed to state a claim upon which relief can be granted. See 28 U.S.C. § 1915(e)(2)(B)(i), (ii).

     Here, plaintiff's complaint falls directly within the category of pleadings identified in § 1915(e)(2)(B)(i) and (ii). Plaintiff describes the complaint as "rais[ing] the question before the Court [as] to whether or not we have reached a time in this era to have our San Francisco society free of underground sex club and sex slavery and sex trafficking, sperm count." (See Compl. at 7.) Plaintiff names as defendants two "private citizens," one of

---

[1] The instant action was reassigned to the undersigned on September 21, 2007.

whom is alleged to be "an agent to an Asian secret society and/or a group of Anarchists, and [who] associates with a group of Iranian [sic] from the members of 'New Mujahedeen,'" while the other is alleged to be the "coach" of the first defendant. (See Compl. at 3.) Plaintiff alleges defendants "are a menace to society and a bad seed waiting for an opportunity to suck the blood of the good and decent people." (See Compl. at 7.) Similar allegations are made throughout the complaint.

Plaintiff fails to state a claim falling within the jurisdiction of a district court, and there is no indication plaintiff can cure the deficiencies in the complaint.

Accordingly, plaintiff's complaint is hereby DISMISSED, pursuant to 28 U.S.C. § 1915(e)(2)(B), and plaintiff's application to proceed in forma pauperis and "Motion to Expedite for Emergency" are hereby DENIED as moot.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 26, 2007

MAXINE M. CHESNEY
United States District Judge